**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BETH A. SOCOSKI | Case No. 14-24578JAD |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| FEDERAL NATIONAL MORTGAGE ASSN++ | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to NATIONSTAR MORTGAGE LLC. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.
THE TRUSTEE BELIEVES THIS LOAN HAS BEEN SERVICE RELEASED TO NATIONSTAR MORTGAGE AS NATIONSTAR HAS ENDORSED THE TRUSTEE'S LAST CHECK PAYABLE TO FNMA.

FEDERAL NATIONAL MORTGAGE ASSN++   Court claim# 7/Trustee CID# 2
C/O SETERUS INC*
PO BOX 1047
HARTFORD, CT 06143-1047

The Movant further certifies that on 08/21/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
BETH A. SOCOSKI, 10780 GLEN ELLEN DRIVE, TAMPA, FL  33624

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
ROSICKI ROSICKI & ASSOC PC, 51 E BETHPAGE RD, PLAINVIEW, NY 11803

ORIGINAL CREDITOR:
FEDERAL NATIONAL MORTGAGE ASSN++, C/O SETERUS INC*, PO BOX 1047, HARTFORD, CT 06143-1047

NEW CREDITOR:
NATIONSTAR MORTGAGE LLC