# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | BETH A. SOCOSKI |
| Case Number: | 14-24578-JAD     Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 22, 2019 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/23/19 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#76 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  76 / 0

### Appearances:

*Steidl* (signature)

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

COD (#76) withdrawn based on plan having been brought current. $20,000 lump sum paid into plan to cure arrears came from a 401K loan, based on representation from Counsel. Trustee is relying on representation made by Counsel & in affidavit filed at Doc 79

8/15/2019 12:32:59 PM