IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 14-24578 JAD |
| Beth A. Socoski, ) | Chapter 13 |
| ) | Docket No. |
| *Debtor* ) | |
| ) | |
| Beth A. Socoski, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *No Respondent(s)* ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 30, 2016 at docket number 48, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

October 2, 2019                                          /s/ Beth A. Socoski
Date                                                              Debtor


_____                                  _____
Date                                                              Debtor

        Respectfully submitted,

October 7, 2019          /s/ Kenneth Steidl
DATE          Kenneth Steidl, Esquire
         Attorney for the Debtor

         STEIDL & STEINBERG
         707 Grant Street
         Suite 2830, Gulf Tower
         Pittsburgh, PA 15219
         (412) 391-8000
         Ken.steidl@steidl-steinberg.com
         PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**