2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-24578-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Beth A. Socoski
10780 Glen Ellen Drive
Tampa FL 33624

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/04/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: Federal National Mortgage Association, creditor c/o Seterus, Inc., PO Box 1047, Hartford, CT 06143-1047

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619096
Dallas TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/07/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 14-24578-JAD
Beth A. Socoski                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: Nov 05, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
14201973      Federal National Mortgage Association,   creditor c/o Seterus, Inc.,   PO Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Kenneth Steidl    on behalf of Debtor Beth A. Socoski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lorraine@mvrlaw.com,   diane@mvrlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com,
               sdorn@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 11