**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-24578-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Beth A. Socoski
10780 Glen Ellen Drive
Tampa FL 33624

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 7: Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

U.S. Bank Trust National Association, et al
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/16/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-24578-JAD
Beth A. Socoski                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dpas    Page 1 of 1    Date Rcvd: Jan 14, 2020
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
15134437        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
           Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
           Igloo Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
           Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           heather@mvrlaw.com, Michelle@mvrlaw.com
           Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
           heather@mvrlaw.com, Michelle@mvrlaw.com
           James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
           Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           jeniece@mvrlaw.com, bonnie@mvrlaw.com
           Kenneth Steidl    on behalf of Debtor Beth A. Socoski julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
           Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
           Lorraine Gazzara Doyle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           lorraine@mvrlaw.com, diane@mvrlaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@metzlewis.com,
           slohr@metzlewis.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                         TOTAL: 12