Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Beth A. Socoski
aka Beth A. Nicholson**
Debtor(s)

Bankruptcy Case No.: 14−24578−JAD

Chapter: 13
Docket No.: 93 − 92

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 30th of January, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/6/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **3/18/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/6/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-24578-JAD
Beth A. Socoski                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur            Page 1 of 2              Date Rcvd: Jan 30, 2020
                              Form ID: 408          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db            +Beth A. Socoski,    10780 Glen Ellen Drive,    Tampa, FL 33624-5052
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,   Plainview, NY 11803-4224
13956842      +AES,    PO Box 2461,   Harrisburg, PA 17105-2461
13956843      +American Express,    PO Box 981537,   El Paso, TX 79998-1537
13990162       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13956844     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886)
13956846     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citi Bank,    PO Box 183071,   Columbus, OH 43218)
13956847      +Citi Mortgage,    PO Box 6243,   Sioux Falls, SD 57117-6243
13986518      #CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
13971526      +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13956848      +Discover,    PO Box 30420,   Salt Lake City, UT 84130-0420
14008497       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
               NEW YORK, NY 10087-9262
14315416       ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
14201973       Federal National Mortgage Association,    creditor c/o Seterus, Inc.,    PO Box 1047,
               Hartford, CT 06143-1047
13956851      +Macy's/American Express,    PO Box 8218,   Mason, OH 45040-8218
15134437      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas TX 75261-9096
13971151      +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
13956852      +Penn State,    108 Shields Building,   University Park, PA 16802-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13961906       E-mail/Text: mrdiscen@discover.com Jan 31 2020 03:15:14      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13956849      +E-mail/Text: dplbk@discover.com Jan 31 2020 03:16:29      Discover Personal Loans,    PO Box 6105,
               Carol Stream, IL 60197-6105
13959769      +E-mail/Text: dplbk@discover.com Jan 31 2020 03:16:29      Discover Personal Loans,
               PO Box 30954,   Salt Lake City, UT 84130-0954
14011670      +E-mail/Text: kburkley@bernsteinlaw.com Jan 31 2020 03:16:43      Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13956850      +E-mail/Text: bankruptcynotice@fcbanking.com Jan 31 2020 03:15:16      First Commonwealth,
               PO Box 537,   Indiana, PA 15701-0537
13961446      +E-mail/Text: kpenn@lenderlaw.com Jan 31 2020 03:16:50      First Commonwealth Bank,
               c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
               401 Liberty Avenue,    Pittsburgh, PA 15222-1000
15183412      +E-mail/Text: bknotices@snsc.com Jan 31 2020 03:16:46
               U.S. Bank Trust National Association, et al,    c/o SN Servicing Corporation,   323 5th Street,
               Eureka, CA 95501-0305
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CITIMORTGAGE,INC.
cr             Duquesne Light Company
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             Seterus, Inc., as the authorized subservicer for F
cr             U.S. Bank Trust National Association, as Trustee o
cr*            ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13956845*    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citi Bank,    PO Box 6000,   The Lakes, NV 89163)
cr            ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
               401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                      TOTALS: 5, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jfur              Page 2 of 2           Date Rcvd: Jan 30, 2020
                              Form ID: 408            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              Brian E. Caine    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the
               Igloo Series IV Trust bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              Kenneth Steidl    on behalf of Debtor Beth A. Socoski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lorraine@mvrlaw.com,  diane@mvrlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@metzlewis.com,
               slohr@metzlewis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```