**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BETH A. SOCOSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-24578 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| January 28, 2020 | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/19/2014 and confirmed on 12/30/14. The case was subsequently   Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 118,049.00 |
| Less Refunds to Debtor | 141.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,907.36 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,390.00 | |
|    Trustee Fee | 4,643.43 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,033.43 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE | 0.00 | 44,704.10 | 0.00 | 44,704.10 |
|     Acct: 9001 | | | | |
|   KEYSTONE CLOSING SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   FIRST COMMONWEALTH BANK* | 5,041.00 | 5,041.00 | 484.21 | 5,525.21 |
|     Acct: 5631 | | | | |
| | | | | 50,229.31 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BETH A. SOCOSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BETH A. SOCOSKI | 141.64 | 141.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 56.22 | 26.57 | 0.00 | 26.57 |
|     Acct: 0388 | | | | |
|   ECMC(*) | 65,927.79 | 31,160.67 | 0.00 | 31,160.67 |
|     Acct: 0388 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 10,116.23 | 4,781.42 | 0.00 | 4,781.42 |
|     Acct: 1008 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3933 | | | | |
|   ECAST SETTLEMENT CORP | 9,517.02 | 4,498.20 | 0.00 | 4,498.20 |
|     Acct: 1748 | | | | |
|   ECAST SETTLEMENT CORP | 6,386.72 | 3,018.67 | 0.00 | 3,018.67 |
|     Acct: 6700 | | | | |
|   DISCOVER BANK(*) | 13,028.87 | 6,158.08 | 0.00 | 6,158.08 |
|     Acct: 6812 | | | | |
|   DISCOVER PERSONAL LOANS** | 18,338.31 | 8,667.57 | 0.00 | 8,667.57 |

14-24578 JAD                                                                                           Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3965 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 882.23 | 416.99 | 0.00 | 416.99 |
| Acct: 7038 | | | | |
| PENN STATE UNIVERSITY | 1,938.96 | 916.45 | 0.00 | 916.45 |
| Acct: 0388 | | | | |
| MARTHA E VON ROSENSTIEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LORRAINE GAZZARA DOYLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 59,644.62 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 109,873.93 |

TOTAL
CLAIMED            0.00
PRIORITY       5,041.00
SECURED      126,192.35

Date: 01/28/2020                                      /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   BETH A. SOCOSKI

          Debtor(s)

   Ronda J. Winnecour
          Movant
          vs.
   No Repondents.

Case No.:14-24578 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 14-24578-JAD
Beth A. Socoski                                                           Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2         User: jfur                  Page 1 of 2                  Date Rcvd: Jan 30, 2020
                             Form ID: pdf900             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db             +Beth A. Socoski,    10780 Glen Ellen Drive,    Tampa, FL 33624-5052
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13956842       +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
13956843       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
13990162        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13956844      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,      PO Box 15019,    Wilmington, DE 19886)
13956846      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Bank,     PO Box 183071,    Columbus, OH 43218)
13956847       +Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
13986518       #CitiMortgage, Inc.,     P.O. Box 688971,    Des Moines, IA 50368-8971
13971526       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13956848       +Discover,    PO Box 30420,    Salt Lake City, UT 84130-0420
14008497        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14315416        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14201973        Federal National Mortgage Association,    creditor c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
13956851       +Macy's/American Express,    PO Box 8218,    Mason, OH 45040-8218
15134437       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas TX 75261-9096
13971151       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13956852       +Penn State,    108 Shields Building,    University Park, PA 16802-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13961906        E-mail/Text: mrdiscen@discover.com Jan 31 2020 03:15:14     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13956849       +E-mail/Text: dplbk@discover.com Jan 31 2020 03:16:28     Discover Personal Loans,    PO Box 6105,
                 Carol Stream, IL 60197-6105
13959769       +E-mail/Text: dplbk@discover.com Jan 31 2020 03:16:28     Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
14011670       +E-mail/Text: kburkley@bernsteinlaw.com Jan 31 2020 03:16:41     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13956850       +E-mail/Text: bankruptcynotice@fcbanking.com Jan 31 2020 03:15:15     First Commonwealth,
                 PO Box 537,    Indiana, PA 15701-0537
13961446       +E-mail/Text: kpenn@lenderlaw.com Jan 31 2020 03:16:50     First Commonwealth Bank,
                 c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1000
15183412       +E-mail/Text: bknotices@snsc.com Jan 31 2020 03:16:45
                 U.S. Bank Trust National Association, et al,    c/o SN Servicing Corporation,    323 5th Street,
                 Eureka, CA 95501-0305
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE,INC.
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Seterus, Inc., as the authorized subservicer for F
cr              U.S. Bank Trust National Association, as Trustee o
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13956845*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Bank,     PO Box 6000,    The Lakes, NV 89163)
cr            ##+First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                TOTALS: 5, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: jfur                  Page 2 of 2                   Date Rcvd: Jan 30, 2020
                               Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
              Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Igloo Series IV Trust bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               heather@mvrlaw.com,   Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,   bonnie@mvrlaw.com
              Kenneth Steidl    on behalf of Debtor Beth A. Socoski julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lorraine@mvrlaw.com,   diane@mvrlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@metzlewis.com,
               slohr@metzlewis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```