| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Beth A. Socoski** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx−xx−0388** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **14−24578−JAD** | |

# Order of Discharge                                                                                                      12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Beth A. Socoski
    aka Beth A. Nicholson

<u>3/11/20</u>                                                                    **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                           Case No. 14-24578-JAD
Beth A. Socoski                                                                  Chapter 13
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2         User: dpas                  Page 1 of 2                  Date Rcvd: Mar 11, 2020
                             Form ID: 3180W              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db             +Beth A. Socoski,    10780 Glen Ellen Drive,    Tampa, FL 33624-5052
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13956842       +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
13956846      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Bank,     PO Box 183071,    Columbus, OH 43218)
13956847       +Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
13986518       #CitiMortgage, Inc.,     P.O. Box 688971,    Des Moines, IA 50368-8971
13971526       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13956848       +Discover,    PO Box 30420,    Salt Lake City, UT 84130-0420
14201973        Federal National Mortgage Association,     creditor c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
15134437       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619096,    Dallas TX 75261-9096
13971151       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13956852       +Penn State,    108 Shields Building,    University Park, PA 16802-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:30:12      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
13956843       +EDI: AMEREXPR.COM Mar 12 2020 07:13:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
13990162        EDI: BECKLEE.COM Mar 12 2020 07:13:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13956844        EDI: BANKAMER.COM Mar 12 2020 07:13:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
13956845        EDI: CITICORP.COM Mar 12 2020 07:13:00      Citi Bank,   PO Box 6000,    The Lakes, NV 89163
13961906        EDI: DISCOVER.COM Mar 12 2020 07:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
13956849       +EDI: DISCOVERPL Mar 12 2020 07:13:00      Discover Personal Loans,    PO Box 6105,
                 Carol Stream, IL 60197-6105
13959769       +EDI: DISCOVERPL Mar 12 2020 07:13:00      Discover Personal Loans,    PO Box 30954,
                 Salt Lake City, UT 84130-0954
14011670       +E-mail/Text: kburkley@bernsteinlaw.com Mar 12 2020 03:31:03      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14008497        EDI: ECAST.COM Mar 12 2020 07:13:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
14315416        EDI: ECMC.COM Mar 12 2020 07:13:00      ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
13956850       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 12 2020 03:29:34       First Commonwealth,
                 PO Box 537,   Indiana, PA 15701-0537
13961446       +E-mail/Text: kpenn@lenderlaw.com Mar 12 2020 03:31:15      First Commonwealth Bank,
                 c/o Kirsten S. Penn, Esquire,    McGrath McCall, P.C.,    Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1000
13956851       +EDI: TSYS2.COM Mar 12 2020 07:13:00      Macy's/American Express,    PO Box 8218,
                 Mason, OH 45040-8218
15183412       +E-mail/Text: bknotices@snsc.com Mar 12 2020 03:31:08
                 U.S. Bank Trust National Association, et al,     c/o SN Servicing Corporation,    323 5th Street,
                 Eureka, CA 95501-0305
                                                                                                TOTAL: 15

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CITIMORTGAGE,INC.
cr               Duquesne Light Company
cr               Nationstar Mortgage LLC d/b/a Mr. Cooper
cr               Seterus, Inc., as the authorized subservicer for F
cr               U.S. Bank Trust National Association, as Trustee o
cr*              ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr              ##+First Commonwealth Bank,    c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                   TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2         User: dpas              Page 2 of 2           Date Rcvd: Mar 11, 2020
                             Form ID: 3180W          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:

```
          Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
           Igloo Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
           heather@mvrlaw.com, Michelle@mvrlaw.com
          Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           heather@mvrlaw.com, Michelle@mvrlaw.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Kenneth Steidl    on behalf of Debtor Beth A. Socoski julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
          Lorraine Gazzara Doyle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           lorraine@mvrlaw.com, diane@mvrlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@metzlewis.com,
           slohr@metzlewis.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```